CHARLES D. ARMSTRONG et al., Plaintiffs, *v.* CLAUDE H. WITT et al., Defendants, HARMON FARR et al., Appellants, and STATE BANK OF MAYVILLE, Respondent.

*Armstrong* v. *State Bank*, 177 App. Div. 265, affirmed.

(Argued May 29, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered March 24, 1917, affirming a judgment entered upon a decision of the court on trial at Special Term in an action to foreclose mechanics' liens against the defendant Witt & Blades, contractors with the state of New York, for the building of a county highway situate in Chautauqua county, known as part 5, county highway No. 1169. The plaintiffs instituted the action upon their lien. All other lienors (being all of the defendants, except the Bank of Mayville and Witt & Blades, the contractors) were made parties defendant as provided by statute. The State Bank of Mayville was also made a party defendant as it claimed by virtue of an assignment held by it as collateral to certain notes from the contractors all moneys due and to become due from the state to said contractors upon said contract amounting

to the sum of $5,000 and interest. All of the defendant lienors appeared, answered and set up their respective liens which were all established and allowed upon the trial. The bank appeared and set up its alleged assignment as collateral to certain notes amounting to $5,000. The court allowed the bank's claim and gave it priority over the defendants' liens. The question on appeal was whether such priority was justified.

*Edward C. Schlenker, William G. Martin* and *Frederick C. Slee* for appellants.

*Wilson C. Price* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.